**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ASHLEY JENKINS,**

**Plaintiff,**

**v.** **Case No. 1:26-cv-198-AW-MAF**

**DEVIN S. GEORGE
and KEVIN KARNES,**

**Defendants.**

_______________________________/

# ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the matter, I now adopt the magistrate judge's report and recommendation (ECF No. 18). I have considered de novo the issues Jenkins raised in her objections (ECF No. 22), and the objections are overruled. The motion for a preliminary injunction or temporary restraining order (ECF No. 15) is DENIED.

The magistrate judge will conduct appropriate further proceedings.

SO ORDERED on October 20, 2026.

s/ *Allen Winsor*
Chief United States District Judge